CLOSED, USMJ Gates

**U.S. District Court**
**EASTERN DISTRICT OF NORTH CAROLINA (Eastern Division)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-00107-D**

Irving v. Davol, Inc. et al
Assigned to: Judge James C. Dever, III
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/03/2007
Date Terminated: 08/29/2007
Jury Demand: Plaintiff
Nature of Suit: 245 Tort Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Jack Irving**

represented by **Carmaletta L. Henson**
Henson & Fuerst, P.A.
P. O. Box 7008
Rocky Mount, NC 27804
252-443-2111
Fax: 252-443-9429
Email: carma@lawmed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2007 | 1 | COMPLAINT *$ > $75,000* against all defendants ( Filing fee $ 350 receipt number 10530553.), filed by Jack Irving. (Henson, Carmaletta) Modified on 8/9/2007 put correct receipt number, 10530948 (Deputy Clerk - DL, ). (Entered: 07/03/2007) |
| 07/03/2007 | 2 | NOTICE by Jack Irving re 1 Complaint (Henson, Carmaletta) (Entered: 07/03/2007) |
| 07/03/2007 | | NOTICE OF DEFICIENCY - Failure to File Financial Disclosure Statement as to Jack Irving. Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, all parties must file a corporate affiliate/financial interest disclosure statement. A negative statement is required if a party has no disclosures to make. The disclosure statement must be on a form provided by the clerk. This form is available at the clerks office and on |

| | | |
|---|---|---|
| | | the courts website. (Deputy Clerk - JA, ) (Entered: 07/03/2007) |
| 07/03/2007 | 3 | FINANCIAL DISCLOSURE STATEMENT by Jack Irving. (Henson, Carmaletta) (Entered: 07/03/2007) |
| 07/05/2007 | 4 | Summons Issued as to Davol, Inc. and C.R. Bard Inc.. Counsel should print summons for service of process. (Deputy Clerk - JRH) (Entered: 07/05/2007) |
| 08/13/2007 | 5 | Remark: Received letter of 8/7/2007 from MDL Deputy Clerk, enclosing a copy of the conditional transfer order and lists of of tag-along actions and involved judges, counsel and clerks. This case is stayed 15 days from August 7, 2007 to allow the parties to file an opposition to transfer of this case to the District of Rhode Island. (Deputy Clerk - JRH) (Entered: 08/20/2007) |
| 08/29/2007 | 6 | CERTIFIED CONDITIONAL TRANSFER ORDER signed by Jeffery N. Luthi, Clerk of the MDL Panel, directing the transfer of this case to the United States District Court, District of Rhode Island. (Attachments: # 1 correspondence from District of Rhode Island Clerk) (Deputy Clerk - JRH) (Entered: 08/29/2007) |
| 08/29/2007 | | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (Deputy Clerk - JRH) (Entered: 08/29/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/29/2007 12:07:30 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-00107-D |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |